144 So. 583

## Floyd HILL v. STATE.
### 6 Div. 264.

Supreme Court of Alabama.
Nov. 25, 1932.

J. B. Powell, of Jasper, for petitioner.
Thos. E. Knight, Jr., Atty. Gen., opposed.

THOMAS, J.

Petition of Floyd Hill for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hill v. State, 144 So. 582.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.